UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

TERRY LEE MYERS

Case No. 03-31371
Chapter 7

Debtor

REPORT OF TRUSTEE UNDER BANKRUTPCY RULE 3011
AND APPLICATION FOR DISCHARGE OF TRUSTEE

The undersigned trustee of the above-referenced estate, A. Burton Shuford, having filed his Final Report and Account herein, and the same having been heretofore approved, hereby reports that all checks issued by him as Trustee have been cashed by the bank upon which drawn,

THE TRUSTEE FURTHER reports that all cancelled checks and bank statements of the bank accounts used in the administration of this estate have been filed with the Clerk and that the disbursements as contained in this Court's Order approving the Trustee's Final Report and Account.

WHEREFORE, the trustee prays that he be discharged of his trust and that his bond be cancelled.

This the 14th day of May, 2010.

_s/s Mary Catherine Holcomb_____
Mary Catherine Holcomb
Trustee
 429 Laurel Way
Tryon, NC  28782
((828) 859-5426